# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 13, 2013

Lyle W. Cayce
Clerk

No. 12-20575
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAYMUNDO BALLEZA-ZAPATA, also known as Raymundo Balleza, also known as Raymundo Zapata Balleza, also known as Raymundo Balleza Zapata, also known as Reymundo Zapata Balleza,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-347-1

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Raymundo Balleza-Zapata has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Balleza-Zapata has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

as Balleza-Zapata's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.